**Roger Carl BERRY, Plaintiff—Appellant,**

v.

**Beverly Eaves PERDUE; Alvin W. Keller; Mary S. Pollard; Ken Butler; Executive Director, North Carolina Prisoner Legal Services, Defendants—Appellees.**

No. 11–7003.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 16, 2012.

Decided: Feb. 21, 2012.

Roger Carl Berry, Appellant Pro Se. Elizabeth F. Parsons, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Carl Berry seeks to appeal the district court's order dismissing his claims against four defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Berry seeks to appeal is neither a final order * nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Berry's motion to compel legal documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

* Although the order dismissed claims against certain defendants, it was not certified as final under Fed.R.Civ.P. 54(b).